IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SERGIO MENA, ADRIANA RAMIREZ, FRANCISCO SOLORZANO, ABRAHAM LOPEZ, JUAN ANTONIO SANCHEZ, and ARMANDO CALIXTO, individuals,<br><br>       Plaintiffs,<br><br>  v.<br><br>PORTLAND DRYWALL SYSTEMS ENTERPRISE INC., an Oregon Domestic Business Corporation, ABELARDO CHAVEZ, an individual, THE SPANOS CORPORATION, a Foreign Business Corporation d/b/a A.G. SPANOS COMPANIES, and SOUTH COOPER APARTMENTS, LLC, a Foreign Limited Liability Company d/b/a ARAZO and A.G. SPANOS COMPANIES,<br><br>       Defendants. | Case No. 3:22-cv-01317-JR<br><br>ORDER |

RUSSO, Magistrate Judge:

    In September 2022, plaintiffs Sergio Mena, Adriana Ramirez, Francisco Solorzano, Abraham Lopez, Juan Antonio Sanchez, and Armando Calixto initiated this action for unpaid wages under the Fair Labor Standards Act ("FLSA") and state law.

Page 1 – ORDER

Default was entered against defendants Portland Drywall Systems Enterprise Inc. and Abelardo Chavez in May 2024. That same month, Mr. Sanchez accepted, via email, a settlement offer from the remaining defendants – i.e., South Cooper Apartments, LLC and The Spanos Corporation (collectively the "Spanos Defendants").

The parties thereafter spent months negotiating and drafting a written settlement agreement and release. On July 2, 2025, a Stipulation of Dismissal was filed between Mr. Sanchez and the Spanos Defendants, and the Court entered a corresponding 60-day Order of Dismissal.

On August 26, 2025, Mr. Sanchez's counsel moved for "an order setting aside the Court's July 2, 2025, 'Order of Dismissal as to Plaintiff Juan Antonio Sanchez,' and reinstating the action [because the settlement] has not been consummated." Pl.'s Mot. Reopen 2 (doc. 122). Oral argument was held on October 14, 2025.

As indicated by the Court: (1) under well-established case law, an individual's immigration status does not impact their ability to collect unpaid wages under the FLSA, (2) 26 C.F.R. § 301.6109-1(c) is generally applicable, and (3) the IRS' statutes and regulations seem to contemplate the provision of wages without a social security number/tax identification number (and without penalty to the employer). Accordingly, the parties shall confer further surrounding the best method for effectuating Mr. Sanchez's settlement payment. Plaintiff's motion is granted in part as stated on the record allowing the parties an additional thirty days from the date of this Order to resolve this issue.

IT IS SO ORDERED

DATED this 14th day of October, 2025.

                                              /s/ Jolie A. Russo
                                                    Jolie A. Russo
                                          United States Magistrate Judge